**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

NICHOLAS RUSSIAN,

                Plaintiff,

    - against -

THE TOWN OF SOUTHAMPTON,
STEVEN MILLER, Police Officer,

                Defendants.

----------------------------------------------------------------X

**JUDGMENT**

CV-03-3399 (ADS)

      An Order of Honorable Arthur D. Spatt, having been filed on May 25, 2005, dismissing this action without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute, it is

      **ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; and that this action is dismissed without prejudice.

Dated: Central Islip, New York
       June 16, 2005

                                  ROBERT C. HEINEMANN
                                  CLERK OF THE COURT

                    BY:    /S/ LORRAINE SAPIENZA
                                  DEPUTY CLERK